UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. IP 03-CR-176-02-B/F |
| | ) | 1:05-cv-460-SEB-VSS |
| MANUEL SANCHEZ, | ) | |
| | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:05-cv-460-SEB-VSS is **dismissed with prejudice.**

Date: 06/23/2005

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Office of the United States Attorney, 10 West Market Street  Suite 2100, Indianapolis,
     IN 46204-3048
Manuel Sanchez, Reg. N. 07339-028, Federal Medical Center, P.O. Box 14500,
     Lexington, KY 40512-4500